UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOC CHI HOAC,<br><br>    Petitioner,<br><br>    v.<br><br>MOISES BECERRA, in official capacity as the Acting Field Office Director of San Francisco Office of Detention and Removal, et al.,<br><br>    Respondents. | No. 2:25-cv-01740-DC-JDP<br><br>**ORDER** |

      On July 9, 2025, Petitioner Quoc Chi Hoac ("Petitioner") filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction. (ECF No. 23.) On July 10, 2025, the parties filed a joint stipulation regarding a briefing schedule for Petitioner's motion whereby the parties request the following dates and deadlines:

      Respondents' opposition due Monday, July 14, 2025 by 5 p.m.;

      Petitioner's optional reply due Tuesday, July 15, 2025 by 5 p.m.; and

      A hearing on Petitioner's motion to occur on Thursday, July 17, 2025 or as soon thereafter as the Court is available.

      (ECF No. 24.)

Upon consideration of the parties' joint stipulation and good cause appearing, the stipulation is GRANTED, and IT IS FURTHER ORDERED that:

Respondents' opposition due Monday, July 14, 2025 by 5 p.m.;

Petitioner's optional reply due Tuesday, July 15, 2025 by 5 p.m.; and

A hearing on Petitioner's motion will occur on Thursday, July 17, 2025.

Pending the scheduled hearing, and unless and until the Court orders otherwise, the Court ORDERS Respondents shall not take any action to remove Petitioner from the United States or to move Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances presented, the Court finds this Order is warranted to maintain the status quo pending the July 17, 2025 hearing and any subsequent order and finds Petitioner has at this time satisfied the factors governing the issuance of such preliminary relief.

IT IS SO ORDERED.

DATED: July 10, 2025

_____
Troy L. Nunley
Chief United States District Judge